June 10, 1983.

461 A.2d 871

Commonwealth v. Day, Appellant.

Submitted March 29, 1982. Nino V. Tinari, for appellant; Joseph John Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The judgment of sentence of the learned Montgomery County Common Pleas Court Judge Lawrence A. Brown is affirmed.

461 A.2d 871

Commonwealth v. Dickerson, Appellant.

Submitted March 22, 1983. William T. Cannon, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.